4:17cv795

June 6, 2017

To Whom It May Concern:

I Bernadette Craven have no job. I only get SSI. I just had back surgery May 17, 2017 I am disable. My SSI check is not enough to pay my utility bills. I have not been to school since 1984. I also have differ medical problems why I get a disable check.

Bernadette C____

United States Courts
Southern District of Texas
FILED
JUN 16 2017
David J. Bradley, Clerk of Court



**4:17-cv-795 USA vs Bernadette Craven**
Regina Villegas     to: Glenda_Hassan                              06/16/2017 11:25 AM

From:     Regina Villegas <rvillegas@kylelawgroup.com>
To:       Glenda_Hassan@txs.uscourts.gov

1 attachment

20170616105020890.pdf

Good Day Glenda,
Please find attached Bernadette Craven's answer to citation and petition.
Should you have any questions or concerns please do not hesitate to contact our office
Kindest Regards,
--
Regina Villegas
Escrow/Legal Assistant
Kyle Law Group, P.C.
1775 St. James Place, Suite 130, Houston, TX 77056
(713) 968-4615 - Direct
(713) 968-4691 - Fax

***********************************************************
IRS CIRCULAR 230 DISCLOSURE:

This communication has not been prepared as a formal legal opinion within the procedures described in Treasury Department Circular 230.  As a result, we are required by Treasury Regulations to advise you that for any significant Federal tax issue addressed herein, the advice in this communication (including any attachments) was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

***********************************************************
NOTICE BY Kyle Law Group, P.C.

This message, as well as any attached document, contains information from Kyle Law Group, P.C. that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.
Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.